# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.V., a minor, by and through her guardian ad litem, CLAUDIA VALENCIA,<br><br>Plaintiff,<br><br>vs.<br><br>DELANO UNION ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 1:17-cv-00780 LJO JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br>(Doc. 15) |

The parties have stipulated to continue the scheduling conference because the motion to dismiss (Doc. 7) has not yet been decided. (Doc. 15) Good cause appearing, the scheduling conference is **CONTINUED** to September 29, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **August 2, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE