# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.V., a minor, by and through her guardian ad litem, CLAUDIA VALENCIA,<br><br>Plaintiff,<br><br>vs.<br><br>DELANO UNION ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 1:17-cv-00780 LJO JLT<br><br>ORDER GRANTING SECOND STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br>(Doc. 19) |

The parties have stipulated to continue the scheduling conference because the defense plans to file a motion to dismiss and because the plaintiff seeks to file a second amended complaint. (Doc. 19) Counsel asserts that the extension of time is needed to allow the pleadings to settle.

Good cause appearing, the scheduling conference is **CONTINUED** to November 29, 2017 at 8:30 a.m. **The parties are advised that the Court does not contemplate a further continuance of the mandatory scheduling conference.**

IT IS SO ORDERED.

Dated: **September 12, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2