McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendants, DELANO UNION ELEMENTARY SCHOOL DISTRICT, ROSALINA RIVERA and ANA RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| S.V., a minor, by and through her Guardian ad Litem, CLAUDIA VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>DELANO UNION ELEMENTARY SCHOOL DISTRICT; ROSALINA RIVERA; ANA RUIZ; MICHELLE PELAYO and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:17-CV-00780-LJO-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

The parties to this case have agreed to a private mediation before Retired Federal Magistrate Stephen Larson. The parties are arranging dates at this time. The parties further have several depositions that have been noticed, but not completed due to scheduling of witnesses and a witness being on jury duty.

The parties stipulate and agree that a Mandatory Settlement Conference in this case would be much more fruitful after the parties have completed the mediation and completed the remaining fact depositions. As such, the parties stipulate and agree that the Mandatory Settlement Conference in this case, currently set for March 15, 2019 at 9:00 a.m., can and should be vacated by the court, with the court to set another Mandatory Settlement Conference date for some time in June, 2019.

\\\

\\\

In the interim, the parties will advise the court if the matter settles at their private mediation.

Dated: February 26, 2019  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for Defendants, DELANO UNION ELEMENTARY SCHOOL DISTRICT, ROSALINA RIVERA and ANA RUIZ

Dated: February 26, 2019  RODRIGUEZ & ASSOCIATES

By: /s/ Daniel Rodriguez
Daniel Rodriguez
Attorneys for Plaintiffs, S.V. a minor, by and through her Guardian ad Litem, CLAUDIA VALENCIA, Claimant

Dated: February 26, 2019  BRUMFELD & HAGAN

By: /s/ Christopher J. Hagan
Christopher J. Hagan
Attorneys for Defendant, MICHELLE PELAYO

**ORDER**

That based upon the stipulation of the parties and good cause appearing therefore, the Mandatory Settlement Conference in this matter currently set for March 15, 2019 at 9:00 a.m. is vacated, with the court to set a new Mandatory Settlement Conference date on the court's calendar for June 10, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **February 28, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3     1:17-CV-00780-LJO-JLT
STIPULATION AND ORDER TO CONTINUE MSC