1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11  S.V., a minor, by and through her Guardian ad )   Case No.: 1:17-cv-00780 LJO  JLT
    Litem, CLAUDIA VALENCIA,                     )
12                                               )   ORDER AFTER NOTICE OF SETTLEMENT
              Plaintiffs,                         )   (Doc. 62)
13                                               )
         v.                                      )
14                                               )
    DELANO UNION ELEMENTARY SCHOOL )
15  DISTRICT, et al.,                            )
                                                 )
16            Defendants.

17       The plaintiffs report they have come to terms of settlement with the defendants.  (Doc. 62)

18  Thus, the Court **ORDERS**:

19       1.      The petition for approval of the minor's compromise **SHALL** be filed **no later than**

20  **June 17, 2019**;

21       2.      All pending dates, conferences and hearings are **VACATED**.

22  **The parties are advised that failure to comply with this order may result in the Court imposing**

23  **sanctions, including the dismissal of the action.**

24

25  IT IS SO ORDERED.

26     Dated:   **May 19, 2019**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28