# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.V., a minor, by and through her Guardian ad Litem, CLAUDIA VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>DELANO UNION ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 1:17-cv-780- LJO JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 67) |

On August 30, 2019, the parties filed a stipulation indicating all parties agreed that the above-captioned action is dismissed in its entirety, with prejudice. (Doc. 62 at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **September 3, 2019**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE