UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.V., a minor, by and through her Guardian ad Litem, CLAUDIA VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>DELANO UNION ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>Defendants. | No.: 1:17-cv-00780- LJO-JLT<br><br>ORDER REQUIRING ADDITIONAL INFORMATION IN SUPPORT OF MOTION TO WITHDRAW FUNDS<br><br>(Doc. No. 74) |

Before the court for decision is minor plaintiff S.V.'s request to withdraw funds from the blocked account established in her name as part of the settlement of this action. (Doc. Nos. 73, 74.) In an order dated August 4, 2020, the court indicated its general willingness to allow the minor plaintiff to utilize some of the funds in question for the purchase of a computer and to pay for a driver's education course. (Doc. No. 74.) Among other things, the court specifically required plaintiff to identify the exact computer she wishes to purchase, the cost of the computer, and the company/store from which plaintiff plans to purchase the computer. Similarly, the court directed plaintiff to specifically identify the driving class in which she intends to enroll and the cost of that course. (*Id*. at 5.) On October 28, 2020, plaintiff again filed a request to withdraw that provided only some, but not all, of the specific information required by the court's order.

The court will attempt to clarify its instructions in this regard. The court will not be authorizing plaintiff to withdraw cash from the blocked account. Rather, if such a request is granted, the court will

instruct plaintiff's bank to issue cashiers' checks (or some other form of direct payment) directly to the store from which she intends to purchase a computer and the school that runs the driver's education class in which she intends to enroll.  Therefore, before the court can rule on her request, it requires the following additional information:

- Regarding the computer, plaintiff must provide the name, address, and phone number of the store from which she intends to purchase a computer; the exact model of computer she intends to purchase; a list of any other related items she believes she needs; and the exact cost of the computer and related items.
- Regarding the driver's education course, plaintiff must provide the specific name of the school, the specific course she intends to enroll in, and its cost.

If plaintiff (or plaintiff's guardian) has any questions about this procedure, they may contact Chambers staff at 559-499-5654.

IT IS SO ORDERED.

Dated:   **November 16, 2020**                         /s/ Dale A. Drozd
                                                                              UNITED STATES DISTRICT JUDGE